# UNITED STATES DISTRICT COURT

for the
District of New Hampshire

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. 24-mj- 214-01-AJ |
| CERTAIN ACCOUNT AND CERTAIN LOCATION AND DATE INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY UBER TECHNOLOGIES, INC. | ) ) ) |

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the   Northern   District of   California  , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachement B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation with intent to engage in criminal sexual activity |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Ronald Morin
*Applicant's signature*

Ronald Morin, SA, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by   telephonic means   *(specify reliable electronic means)*.

Date: **Sep 3, 2024**

*Judge's signature*

City and state:   Concord, New Hampshire     Andrea Johnstone
U.S. Magistrate Judge
*Printed name and title*